**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Martinez-Romero, | No. CV-19-04818-PHX-GMS |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

Pending before the Court is a Report and Recommendation ("R&R") (Doc. 20) issued by Magistrate Judge Camille D. Bibles recommending that the Court deny Petitioner Luis Martinez-Romero's Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus. No objections to the R&R were filed. Upon review, the Court accepts the R&R.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of Magistrate Judge Camille D. Bibles (Doc. 20) is **ADOPTED.**

**IT IS FURTHER ORDERED** that Petitioner's Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Doc. 1) is **DENIED.**

/ / /

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, in the event Petitioner files an appeal, the Court declines to issue a certificate of appealability because reasonable jurists would not find the Court's procedural ruling debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated this 4th day of May, 2021.

_____
G. Murray Snow
Chief United States District Judge